UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAWN ROSS,<br><br>                          Petitioner,<br><br>     v.<br><br>JOSIE GASTELO, Warden,<br><br>                          Respondent. | Case No. 2:17-cv-08971-MWF (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Petitioner has not objected to the R&R. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that the Petition be DENIED and that Judgment be entered dismissing this action with prejudice.

Dated: March 16, 2020

                                                    MICHAEL W. FITZGERALD<br>
                                                    United States District Judge