JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAWN ROSS,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO, Warden,<br><br>　　　　　　　Respondent. | Case No. 2:17-cv-08971-MWF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated:  March 16, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge